UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICE NOEL,

                    Plaintiff,

-against-

NEIGHBORHOOD DEFENDER SERVICE, INC.; ZAINAB AKBAR; CAROLYN KLEMENS; DANTÉ BROWNE; MATTHEW KNECHT; SHANNON ANGLERO; PIYALI BASAK; JACOB SCHNEIDER; AMY ARMSTRONG; MYRANDA MENDEZ; ROXANNA GUTIERREZ; RICK JONES,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2025

25-cv-6995 (MKV)

ORDER OF SERVICE

MARY KAY VYSKOCIL, United States District Judge:

      Plaintiff, who is proceeding *pro se*, brings this action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 1981, the Age Discrimination in Employment Act of 1967, the New York State Human Rights Law, and the New York City Human Rights Law. She alleges that her employer, Neighborhood Defender Service of Harlem ("NDS") discriminated against her because of her race, sex, and disability. By order dated August 28, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

      Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service on Defendants NDS, Zainab Akbar, Carolyn Klemens, Danté Browne, Matthew Knecht, Shannon Anglero, Piyali Basak, Jacob Schneider, Amy Armstrong, Myranda Mendez, Roxanna Gutierrez, and Rick Jones through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service). Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to issue a summons for each Defendant, complete the USM-285 form with the address for each Defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service. The Clerk of Court is directed to mail an information package to Plaintiff.

**SO ORDERED.**

**Date:   October 20, 2025**                    _____
      **New York, NY**                                       **MARY KAY VYSKOCIL**
                                                         **United States District Judge**

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. Neighborhood Defender Service, Inc.
   317 Lenox Avenue, 10th Floor
   New York, NY 10027

2. Zainab Akbar
   Neighborhood Defender Service, Inc.
   317 Lenox Avenue, 10th Floor
   New York, NY 10027

3. Carolyn Klemens
   Neighborhood Defender Service, Inc.
   317 Lenox Avenue, 10th Floor
   New York, NY 10027

4. Danté Browne
   Neighborhood Defender Service, Inc.
   317 Lenox Avenue, 10th Floor
   New York, NY 10027

5. Matthew Knecht
   Neighborhood Defender Service, Inc.
   317 Lenox Avenue, 10th Floor
   New York, NY 10027

6. Shannon Anglero
   Neighborhood Defender Service, Inc.
   317 Lenox Avenue, 10th Floor
   New York, NY 10027

7. Piyali Basak
   Neighborhood Defender Service, Inc.
   317 Lenox Avenue, 10th Floor
   New York, NY 10027

8. Jacob Schneider
   Neighborhood Defender Service, Inc.
   317 Lenox Avenue, 10th Floor
   New York, NY 10027

9. Amy Armstrong
   Neighborhood Defender Service, Inc.
   317 Lenox Avenue, 10th Floor
   New York, NY 10027

10. Myranda Mendez
    Neighborhood Defender Service, Inc.
    317 Lenox Avenue, 10th Floor
    New York, NY 10027

11. Roxanna Gutierrez
    Neighborhood Defender Service, Inc.
    317 Lenox Avenue, 10th Floor
    New York, NY 10027

12. Rick Jones
    Neighborhood Defender Service, Inc.
    317 Lenox Avenue, 10th Floor
    New York, NY 10027